**Michael TILLMAN, Plaintiff–Appellant**

v.

**SOUTHERN WOOD PRESERVING OF HATTIESBURG INC.,**
**Defendant–Appellee.**

No. 09–60021
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 28, 2009.

Alfreda Tillman Bester, Tillman Bester & Associates, Baton Rouge, LA, for Plaintiff–Appellant.

---

**492**

Jerrald L. Shivers, The Kullman Firm, Jackson, MS, for Defendant–Appellee.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Plaintiff-appellant Michael Tillman appeals the district court's grant of a partial summary judgment in this Title VII suit in which he alleges that his employer retaliated against him for filing a previous discrimination suit, created a hostile work environment, and constructively discharged him. The district court's order, denominated "Judgment," dismissed Tillman's constructive discharge claim and his claims based on events occurring before September 17, 2005. Other claims remain to be adjudicated. As Federal Rule of Civil Procedure 54(b) provides, "any order or other decision, however designated, that adjudicates fewer than all the claims . . . does not end the action as to any of the claims . . . ." Although the district court did enter a judgment on the claims that it disposed of, the court did not expressly determine that there is no just reason for delay, as required by Rule 54(b). Accordingly, we have no jurisdiction and this appeal is DISMISSED.

Appeal DISMISSED. Costs shall be borne by Tillman.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.